AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 137, 137A, 137B, 137C & 137R et al.

V.

M.V.M. Contracting Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV. 3696**

**BRIEANT**

TO: (Name and address of defendant)

M.V.M. Contracting Corporation
25 Seventh Street
Pelham, New York 10803

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(BY) DEPUTY CLERK

DATE: MAY 10 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.3696     AND FILED ON     5/10/2007

| | |
|---|---|
| THE ANNUITY, PENSION, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL<br>Vs.<br>M.V.M. CONTRACTING CORPORATION | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK          )
                                           ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/30/2007 at 1:30PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT

Party Served: M.V.M. CONTRACTING CORPORATION          (herein called recipient) therein named.

At Location: 25 SEVENTH STREET
PELHAM NY 10803

By delivering to and leaving with "JANE DOE" REFUSED NAME and that deponent knew the person so served to be the MANAGING AGENT of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM     Color of Skin: WH     Color of Hair: BLONDE
Age: 30     Height: 5'6"
Weight: 250     Other Features:

Sworn to before me on 5/31/2007

_Gail Williams_          _Joseph Vallone_
                                   Joseph Vallone
                                   Server's License#: 1100190

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010