UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------X

THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO,

**STIPULATION OF
DISCONTINUANCE
WITHOUT PREJUDICE**
& order
07-CIV-3696 (CLB) (GAY)

Plaintiffs,

-against-

M.V.M. CONTRACTING CORPORATION,

Defendant.
------------------------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the

attorney of record for the Plaintiffs and the Defendant appearing *pro se*, that whereas no party is an

infant, incompetent person for whom a committee has been appointed and no person not a party has an

interest in the subject matter of the action, the above-entitled action be, and the same hereby is

discontinued without prejudice as against Defendant M.V.M. CONTRACTING CORPORATION, and

without costs to either parties as against the others. This Stipulation may be filed without further

notice with the Clerk of the Court.

Dated: Hastings-on-Hudson, New York
        June 6, 2007

BRADY McGUIRE & STEINBERG, P.C.

By: James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

M.V.M. CONTRACTING CORPORATION

By: Gino Secchiano
Title: Pres.

So Ordered: June 26, 2007

The Honorable Charles L. Brieant, U.S.D.J.